UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GREGORY C. KRAMER,<br><br>                Defendant. | Case No.  9:20-PO-5047-KLD<br><br>VIOLATION: FBGA001U<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated August 31, 2020, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $180.00 to $100.00, and Defendant has agreed to forfeit that amount.  Defendant requests that he be permitted to make monthly installment payments on the amount due.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $100.00, and shall do so by making payments at the rate of $25.00 per month.  Defendant shall make his payments on or before the 15th of each month beginning on September 15, 2021, and continuing thereafter until paid in full. To date, the defendant has paid $50.00.

Defendant may pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Alternatively, Defendant may pay online at [www.cvb.uscourts.gov](www.cvb.uscourts.gov).

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 10th day of August, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge